UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ADAM G. SINGER, ESQ

---

GREGORY WILLIAMS

Plaintiff(s)

- against -

Index # 15 CV 00818 (GARDEPHE)

STERLING INFOSYSTEMS, INC.

Purchased February 3, 2015
File # 55 (CK)

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 23, 2015 at 12:20 PM at

1 STATE STREET, PLAZA
24TH FLOOR
NEW YORK, NY10004

deponent served the within SUMMONS AND COMPLAINT on STERLING INFOSYSTEMS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to LOUIS MAJANO personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 40 | 5'6 | 170 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  February 23, 2015

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | ANDERSON CHAN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 618775 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11,2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY, 10007   (212) 619-0728   NYCDCA#1102045